# EXHIBIT C

   

 

# Transgender Student-Athlete Participation Policy

At its January 19, 2022 meeting, the NCAA Board of Governors updated the transgender student-athlete participation policy governing college sports.

The new policy aligns transgender student-athlete participation with the Olympic Movement (PDF). The resulting sport-by-sport approach preserves opportunity for transgender student-athletes while balancing fairness, inclusion and safety for all who compete.

Like the U.S. Olympic and Paralympic Committee, the updated NCAA policy calls for transgender student-athlete participation for each sport to be determined by the policy for the national governing body of that sport. If there is no NGB policy for a sport, it would then be determined by the policy for that sport's international federation. If there is no international federation policy, it would be determined by policy criteria (PDF) previously established by the International Olympic Committee. Sport-specific polices are subject to ongoing review and recommendation by the NCAA Committee on Competitive Safeguards and Medical Aspects of Sports to the Board of Governors.

The policy is effective immediately, with three phases of implementation.

## Phase One – 2022 winter and spring championships

For participation in 2022 winter and spring championships, transgender student-athletes must provide documentation to the CSMAS within four weeks before the selections date for their championship.

The documentation must demonstrate compliance with the 2010 NCAA policy (PDF), which calls for one year of testosterone suppression treatment. It should also document a one-time serum

testosterone level that falls below the maximum allowable level for the sport in which the student-athlete is competing within four weeks of championship selections for that sport. This means that student-athletes who have already fulfilled the 2010 NCAA policy need only provide <u>one</u> validated serum testosterone level in this time frame.

Transgender student-athletes who are participating in regular season competition (including conference championships) for the remainder of academic year 2022 remain subject to the 2010 NCAA policy only.

## Phase Two – 2022-23 regular season and championships

Beginning Aug. 1, 2022, participation in NCAA sports requires transgender student-athletes to provide documentation that meets the above criteria for the [2010 NCAA policy (PDF)](#), plus meet the sport standard for documented testosterone levels at the beginning of their competition season and again six months later. This means that student-athletes who have already been competing do not need to demonstrate the newly adapted sport-specific testosterone levels for the entire prior year if they are not available.

For participation in NCAA championships, transgender athletes must additionally provide documentation of testosterone levels to the CSMAS with laboratory work completed within four weeks of the championship selections.

## Phase Three – 2023-24 full implementation

Beginning Aug. 1, 2023, participation in NCAA sports requires transgender student-athletes to provide documentation that meets the sport-specific standard submitted twice annually (once at the beginning of competition season and the second six months following) for one year. This process will continue annually for eligible student-athletes.

For participation in NCAA championships, transgender athletes must additionally provide documentation of testosterone levels to the CSMAS with laboratory work completed within four weeks of the championship selections.

## Additional flexibility

The Board of Governors urged the divisions to allow for additional, future eligibility if a transgender student-athlete loses eligibility based on the policy change, provided they meet the newly adopted standards.

The NCAA's Office of Inclusion and Sport Science Institute also released the [Gender Identity and Student-Athlete Participation Summit Final Report (PDF)](#). The report assists ongoing membership efforts to support an inclusive environment that promotes and develops the mental and physical health of transgender and non-binary student-athletes in collegiate sport. The foundational principles

in this report will be developed further in conjunction with the Committee to Promote Cultural Diversity and Equity, CSMAS and other core membership committees that address gender identity.

## Transgender Student-Athlete Resources

- Transgender Student-Athlete Eligibility Review Procedures
- Dates, Deadlines and Testosterone Thresholds for Phase One – Winter Sports (PDF)
- Dates, Deadlines and Testosterone Thresholds for Phase One – Spring Sports (PDF)
- FAQ (PDF)
- 2010 NCAA Transgender Participation Policy (PDF)
- NCAA Inclusion of Transgender Student-Athletes Handbook (PDF)
- Gender Identity and Student-Athlete Participation Summit Final Report (PDF)
- Medical Exceptions Procedures and Form



   



Terms of Service

Privacy Policy

© 2022 NCAA All Rights Reserved