# EXHIBIT D



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS

February 6, 2025

President Cynthia Teniente-Matson
San José State University

*sent via E-mail*

OCR Case Number 09256902

Dear Ms. Teniente-Matson:

The United States Department of Education's (Department) Office for Civil Rights (OCR) writes to inform you that it is initiating a directed investigation of San José State University. Under President Trump's February 5, 2025, Executive Order, [Keeping Men Out of Women's Sports](), "it is the policy of the United States to rescind all funds from educational programs that deprive women and girls of fair athletic opportunities," and to take "all appropriate action to affirmatively protect all-female athletic opportunities and all-female locker rooms and thereby provide the equal opportunity guaranteed by Title IX of the Education Amendments Act of 1972." This directed investigation is in furtherance of President Trump's policy directive and OCR's mandate to enforce federal civil rights laws.

Pursuant to its regulatory authority set forth in 34 C.F.R. § 106.81, OCR will initiate an investigation whenever a report, complaint, or other information indicates a possible failure to comply with the laws and regulations that OCR enforces.

OCR enforces Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681, and its implementing regulation, 34 C.F.R. Part 106, which prohibit discrimination on the basis of sex in any education program or activity operated by a recipient of Federal financial assistance. As a recipient of Federal financial assistance from the Department, San José State University is subject to Title IX and its implementing regulations.

OCR's directed investigation will examine whether the University denies equal athletic benefits and opportunities to female athletes through an athletic participation policy that permits biological males to participate in women's intercollegiate athletics. OCR's initiation of a directed investigation is not itself evidence of a violation of federal civil rights laws and regulations.

OCR's San Francisco regional office will conduct this directed investigation. OCR will contact University officials within a week of the date of this letter to arrange for the next steps in the investigation, including requesting access to data and personnel. Should you have any questions, please do not hesitate to contact David Samberg at David.Samberg@ed.gov.

Sincerely,

/s/

Craig Trainor
Acting Assistant Secretary for Civil Rights
United States Department of Education