UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY,

     Plaintiff,

vs.

UNITED STATES DEPARTMENT OF
EDUCATION, LINDA McMAHON, in her
official capacity,

     Defendants.

No. 5:26-cv-01970

[~~PROPOSED~~] ORDER REGARDING
CASE MANAGEMENT AND
GOVERNMENT ACTION

Upon review of the parties' stipulation, the Court orders as follows.

1. The parties shall provide joint status reports to this Court every 60 days until any decision is made regarding whether Defendants have determined to withhold, pause, terminate, freeze, block, or refuse to grant (collectively, these terms are referred to as "withhold" or "withholding") funds from SJSU or CSU and/or take any other action against SJSU or CSU that would withhold (as defined above) funding, and if so, when such notice of withholding or other action related to the Letter of Findings, Proposed Resolution Agreement, or any factual findings and legal conclusions on which they are based shall occur.

2. Within two business days after any determination regarding whether Defendants will withhold funds or take other action against SJSU or CSU should Defendants ultimately decide to do so, the parties shall provide the court with a proposed briefing and hearing schedule for a motion to be filed by CSU prior to proceeding to withhold funds or take any other action against SJSU or CSU that would withhold (as defined above) funding related to the Letter of Findings, Proposed Resolution Agreement, or any factual findings and legal conclusions on which they are based. The proposed schedule will request that CSU's motion, Defendants' response, Plaintiff's reply, and the Court's hearing all occur within 45 days of Defendants' decision so that the issues

may be heard on an expedited basis, if Defendants ultimately decide to withhold funds or take other action.

3.    Pending Defendants' decision, and to allow this Court to decide the substantive issues to be raised by CSU in the motion contemplated by paragraph 2, the January 28, 2026 Letter of Findings and Proposed Resolution Agreement shall have no effect on SJSU or CSU's certification of eligibility for federal funds, and Defendants shall not withhold, suspend, or disrupt any federal funds to SJSU or CSU or take any other action against SJSU or CSU that would withhold funding on the basis of (a) the January 28, 2026 Letter of Findings, (b) the January 28, 2026 Proposed Resolution Agreement, (c) any of the findings or conclusions in the January 28, 2026 Letter of Findings, or (d) the nucleus of facts being investigated by ED in the investigation that led to the January 28, 2026 Letter of Findings, until 30 days after the Court's hearing on the motion contemplated by paragraph 2, provided that all briefing and the hearing occur within 60 days of any decision made by Defendants.

4.    The June 10, 2026 Initial Case Management Conference and associated deadlines set by the Court in Docket No. 8 are vacated, to be reset by the Court if needed based on updates provided in the 60-day status reports.  Defendants' deadline to respond to the Complaint is stayed pending further order of the Court, and Defendants will not file any motion to dismiss or other response to the Complaint until after the resolution of a motion by CSU as contemplated in paragraph 2.

5.    Any federal court legal action brought by the federal government arising from or related to the January 28, 2026 Letter of Findings or the nucleus of facts on which it is based shall be filed in the United States District Court for the Northern District of California and shall be treated as a related case under Civil L.R. 3-12.

Dated:  March 31, 2026

_____
Hon. Eumi K. Lee
United States District Judge

-7-                                              No. 5:26-cv-1970
STIPULATION AND [PROPOSED] ORDER