BRYAN H. HECKENLIVELY (SBN 279140)
DAVID H. FRY (SBN 189276)
ABIGAIL SHIM (SBN 352656)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

HELEN E. WHITE*
CYNTHIA Y. LONG*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C., 20001
Telephone:    (202) 220-1100
Facsimile:    (202) 220-2300

Attorneys for Plaintiff Board of Trustees of the
California State University
*Application to appear pro hac vice forthcoming.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, LINDA McMAHON, in her official capacity, <br><br> Defendants. | No. 5:26-cv-01970 <br><br> **FIRST JOINT STATUS REPORT** |

Plaintiff Board of Trustees of the California State University ("CSU") and Defendants United States Department of Education and Linda McMahon, through their counsel, hereby submit the 60-day joint status report contemplated by this Court's March 31, 2026 Order (Dkt. No. 16).

There has been no change in status since March 31.  Defendants have made no decision to withhold (as defined in the March 31, 2026 Order) any funding to San José State University ("SJSU") or CSU based on the Letter of Findings, Proposed Resolution Agreement, or any factual findings and legal conclusions on which they are based.  The parties will submit another joint status report by Friday, July 31, 2026.

DATED:  June 1, 2026                         Respectfully submitted,


By:      /s/ Bryan H. Heckenlively
         BRYAN H. HECKENLIVELY
         Munger, Tolles & Olson LLP
         560 Mission Street, 27th Floor
         San Francisco, CA 94105
         Telephone: (415) 512-4015
         bryan.heckenlively@mto.com
         Attorneys for Plaintiff Board of Trustees of the
         California State University

DATED:  June 1, 2026

By:  _____/s/ J. Stephen Tagert_____
BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DIANE KELLEHER
Director
J. STEPHEN TAGERT
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-5486
stephen.tagert@usdoj.gov

Attorneys for Defendants

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I certify that all other signatories listed above, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: June 1, 2026                          By:      */s/ Bryan H. Heckenlively*
                                                       BRYAN H. HECKENLIVELY
                                                       Attorney for Plaintiff Board of Trustees of the
                                                       California State University